JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRASHEAR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAGNET MEDIA, INC., a New York Corporation, COMPLEX MEDIA INC., a Delaware Corporation,<br><br>Defendants.<br><hr>COMPLEX MEDIA, INC., a Delaware corporation,<br><br>Cross-Claimant,<br><br>v.<br><br>MAGNET MEDIA, INC., a New York corporation,<br><br>Cross-Defendant. | Case No.: 2:17-cv-06026 AB (AFMx)<br>*Assigned to Hon. André Birotte Jr., Ctrm 7B*<br><br>**[PROPOSED] JUDGMENT APPROVING FINAL JUDGMENT AND ORDER**<br><br>First Amended Complaint<br>Filed: June 28, 2018 |

On March 6, 2020, the Court heard Plaintiff's Brashear's unopposed motion for approval of the Settlement as set forth in the Settlement Agreement and Release of Claims (the "Settlement"). The Court considered all papers filed, and other information presented, and based on those papers and information presented and entered an Order approving the Settlement, **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the March 6, 2020 Order**,** this case is **DISMISSED WITH PREJUDICE**.

Without affecting the finality of this Judgment in any way, the Court shall retain exclusive and continuing jurisdiction over the above-captioned parties, for purposes of supervising, administering, implementing, enforcing, and interpreting the Settlement and this Judgment.

DATED: March 16, 2020

_____
Honorable André Birotte Jr.
United States District Judge